FRANK K. STURGIS and Others, Composing the Firm of STRONG, STURGIS

& COMPANY, Appellants, v. LOUIS M. KARDOS and Another, Composing the Firm of KARDOS & COMPANY, Respondents.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.